**90–1052.** Little Forest Medical Ctr. of Akron v. Ohio Civil Rights Comm. *Summit County,* No. 14312. Reported at 61 Ohio St.3d 607, 575 N.E.2d 1164. On motion for rehearing.

Rehearing denied.

MOYER, C.J., HOLMES and WRIGHT, JJ., dissent.